**BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION (a National Banking Association), Appellant, v. UNITED STATES of America, Appellee.**

No. 11718.

Circuit Court of Appeals, Ninth Circuit.

June 8, 1948.

George H. Koster, of San Francisco, Cal., for appellant.

Theron Lamar Caudle, Asst. Atty. Gen., Sewall Key, George A. Stinson, Fred E. Youngman, and Arthur L. Jacobs, Sp. Assts. to Atty. Gen., and Frank J. Hennessy U. S. Atty., and William E. Licking, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed for the reasons stated in its opinion, 69 F.Supp. 932, and on authority of Helvering v. Virginia Hotel Corporation of Lynchburg, 4 Cir., 132 F.2d 909, affirmed 319 U.S. 523, 63 S.Ct. 1260, 87 L.Ed. 1561, 152 A.L.R. 871.

**J. D. BONE, Appellant, v. Mrs. Carl ALBRECHT, Appellee.**

No. 10583.

Circuit Court of Appeals, Sixth Circuit.

May 17, 1948.

Walker & Hooker, of Nashville, Tenn., and Mack C. Simpson, of Waverly, Tenn., for appellant.

Jay G. Stephenson, R. H. Brazzell, J. G. Lackey, Jr., and Ferris C. Bailey, all of Nashville, Tenn., for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This case was heard on the record, briefs and oral argument of counsel; and it appearing that the findings of fact of the trial court are not clearly erroneous; and no error appearing in the Court's conclusions of law, Sect. 2695(a) (c), Tennessee Code Supplement 1941; Inter-City Trucking Co. v. Daniels, 181 Tenn. 126, 178 S.W.2d 756; Huntsman Brothers, Inc., v. Grocers Baking Co., 12 Tenn.App. 535; Main Street Transfer & Storage Co. v. Smith, 166 Tenn. 482, 63 S.W.2d 665; and the issue of excessive damages being one for the District Court upon the motion for a new trial, Chapman & Dewey Lumber Co. v. Hanks, 6 Cir., 106 F.2d 482, 486; Sinclair Refining Co. v. Bennett, 6 Cir., 123 F.2d 884, 887; and the action of the trial court in overruling appellant's motion for a new trial not appearing to be an abuse of its discretion in the matter; it is ordered that the judgment of the District Court be, and is, affirmed.